DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| | | | |
|---|---|---|---|
| 355P13 | State v. Willard Alan Smith | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP13-463) | Dismissed |
| 366P13 | State v. Lester Gerard Packingham | 1. State's Motion for Temporary Stay (COA12-1287)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **08/26/13**<br><br>2. |
| 368P13 | State v. Michael Paul Miller | State's Motion for Temporary Stay (COA13-81)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/26/13**<br><br>2.<br><br>3.<br><br>**Beasley, J., Recused** |
| 370P04-14 | State v. Anthony Leon Hoover | 1. Def's *Pro Se* Motion for Appeal<br><br>2. Def's *Pro Se* Motion for a Court Order to Retain to Use All State Institutional Copy Machines | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed<br><br>**Hudson, J., Recused** |
| 370P13 | State v. Ralph Eugene Frady | 1. State's Motion for Temporary Stay (COA12-1375)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **08/26/13**<br><br>2. |
| 371P11-2 | State v. Kim Antonio Griffin | 1. Def's *Pro Se* PWC to Review Order of COA (COAP13-314)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 371P13 | State v. William Herbert Pennell, IV | 1. State's Motion for Temporary Stay (COA12-1269)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/26/13**<br><br>2.<br><br>3. |
| 372P13 | State v. Adam Collier Derbyshire | 1. State's Motion for Temporary Stay (COA12-1382)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/27/13**<br><br>2.<br><br>3. |